United States Courts Southern
District of Texas
FILED

FEB 1 2 2025

Nathan Ochsner, Clerk of Court

**United States District Court**

**For the**

**Southern District Of Texas**

**Corpus Christi Division**


Roberto J Salinas                    )          cause no _____

Carol L Salinas                      )

Plaintiff.                           )

Vs.                                  )          Jury:  ( ✓ ) yes.  (. ) No

" Sargent " L Wallek                 )

Duval County Sheriff's Dept.         )

Duval County                         )

Defendant (s)                        )


**Complaint For Violation Of Civil Rights**


( 1 ) **The Parties to This Complaint**

    A. **The  Plaintiff (s)**
    Provide the information below for each plaintiff named in the complaint.

    Name;   Roberto J Salinas
    Address; PO Box 373,  " 220 Salinas Rd"
          San Diego  Texas 78384
    County;   Duval
    Telephone: 512-749-3892

E-mail address; salinasrobert361@gmail.com

Name; Carol L Salinas

Address; PO Box 373,  "220 Salinas Rd "

San Diego, Texas 78384

County; Duval

Telephone; 253-350-8980

E-mail address; carolsalinas328@gmail.com

B. The Defendant (s)

Provide the information below for each named defendant named in the complaint, whether the defendant is an individual, government agency, organization, or a cooperation. For an individual defendant, include the person's job title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1

Name;      L , Wallek

Job or title;  Duval County Sheriff's , ( Sargent)

Address;      PO Box 547

County;      Duval

Telephone number; sheriff's "361-279-6209"

( ) Individual capacity.  ( ✓ ) Official capacity

Defendant No 2

Duval County Sheriff's Department

PO Box 547

San Diego, Texas 78384

( ) Individual capacity.    ( ✓ ) Official capacity

Defendant No 3

Duval County

( 2 )  Basis for Jurisdiction.

Under 42 U. S. C. § 1983, you may sue state or local officials for the " "deprivation of any rights, privileges , or immunities secured by the Constitution and { federal laws}," under Biven Hives vs. Six Unknown Named Agents Of Federal Bureau of Narcotics, 403 U S.388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against:
   ( ) Federal official ( a Biven claim)
   ( ✓ ) State or local off( a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and { federal laws} ." 42 U S.C.§ 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are violated by state or local officials?

18 U.S.C.§ 242. Someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States which were malicious, intentional and or grossly negligent.

C.  Plaintiff's suing under Biven may only recover for the violation of certain constitutional rights. If you are suing under Biven, what constitutional rights do you claim is/ are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted " under color of any statue, ordinance, regulations, custom, or usage, of any State or Territory, or the District Of Colombia," 42 U S.C.§ 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Biven, explain how each defendant acted under color of federal law.

( 3 ) Statement of Claim ;

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and location of all the relevant events. You may wish to include further details such of the other persons involved in the events giving rise to your claim. Do not cite any cases or statues. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

On October 6th, 2024 on or about 2:00 to 3:00 pm. I Roberto J Salinas had noticed that Mr. Robert Wilson "owner of the property adjourned to ours" had hired some Pegasus construction company owned by 5 individuals, first is Ruben Munoz, secondly, it's owned by the honorable county judge Mr. Arnold Cantu and two of his sons. Jacob Cantu and his brother. Which we don't recall his name's, " to clear some trails on his " Mr. Wilson's " property". At some point while watching the Houston Texans game while having one beer to relax after pouring cement on my mother in laws house that I have started

building for her on our property. I decided to send my son and my granddaughter to go check on our property to ensure that they don't cross into our land. I decided to follow the kids to ensure their safety. To my surprise, the dozer operator had pushed trees and debris from Mr. Wilson ranch into ours property.

Causing damage to my trees. Pegasus construction company caused knocking down three mesquite trees and a fourth one tilted over. And I takes care of all mesquite trees I can. So I calls 911 to report the incident. I was able to take a photo of this Pegasus construction company of a man sitting inside his truck who stated that he was the owner., that was in such in a hurry to leave the area before the three Duval county sheriff's officers would arrive.

I was taking photos standing in front of the semi truck that belongs to Pegasus construction so that I could have evidence. Officer B Canales was doing his investigation on the dozer operator only. Due to Mr. Wilson and some other unidentified individual sitting in his truck that took off before the Duval county sheriff officers showed up. When the other two officers, Mr. Pedrassa , and Sargent L Wallek who did all the talking. I did his best to get the Sargent to understand accept the complaint charges against this individual from Pegasus construction and Mr. Wilson. I kind of lost it, due to Sargent L Wallek not listening.

The Sargent L Wallek would continue to state that there was an easement. That I to go talk to the county clerk Sally Lichtenberger, the most corrupted county official following the Duval county sheriff Ramirez. I could not make this Sargent L Wallek understand that there was no easement. When we have live on this piece of land for now 9 years. The Sargent even started to tell me a story about him " Sargent L Wallek " being a farmer and rancher. And even accused m of being under the influence of alcohol on our property. And threaten me with jail to stay out of Mr. Wilson property and then officer Pedrasa ran a license check on me. It's all on video.

Second issue to our claim;

But then on October 20, 2024. My wife CarolL, an I Robert Salinas were on the opposite side of our property pouring some cement for some pier for my mother in laws house. When a white truck being driven by Mr. Wilson, and stated to something. I only heard " I'll kill you". To the extend that my wife heard what." Mr. Wilson had stated " you better not go into his property or I'll kill you. I  called 911 for assistance. But it turned out that I got arrested and went to jail

 Two officers showed up at first. Mr. Canales and officer Pedrassa. The two same officer's who were on the first criminal act caused by Pegasus construction. . Officer B Canales spoke to my Wilson And let him go. Mr. Pedrasa entered our property with our consent  and permission to show and tell the officer what had transpired. Both officer left the property and area after talking to Robert Wilson and let him go, when for about 5 minutes or less, When then both officers Canales and Predassa returned along with Sargent L Wallek,  returned to  arrest my me  for illegal restraint without a warrant, nor even have an incident report or complaint at hand, I allowed only officer Pedrassa to re- enter our property, then Sargent decided to enter our property without our consent. According to the Sargent L Wallek, he entered our property because the felt that officer Pedrassa life was in danger. Like I stated to the Sargent L Wallek,"there's three of you, you all have guns and tazers, how is this officers life in danger"? Because I only closed the gates to our private road, "not lock" the gate so that Mr. Wilson would not get away like he did on October 6th,2024. So that I  explains to why this man had come by to threaten me . But the Sargent L Wallek was not interested on what my I was saying or had to say. So the Sargent L Wallek instructed officer Pedrassa to arrested me on the spot. That Sargent L Wallek wouldn't even allow me finish pouring what ever cement that was still in the wheel barrow. Officer Pedrasa was all for it and understood my frustration as he did on October 6th, 2024. So officer Pedrassa released my left hand , which I still had free from

being completely handcuffed and allowed me to pour the cement in the wheel barrow so it wouldn't go to waist, as I had my right hand handcuffed while i finished the cement.  As our son once again witnesses me going to jail for someone's else causing issues on our property.

On that same Sunday night, October 20, 2024 I was charged with another illegal restraint while in the Duval county jail on the Pegasus construction incident. The incident that happened on October 6, 2024. No one got arrested or charge by and with the protection of the Sargent L Wallek. But I did for stating 911 call that he was in front of the Pegasus construction semi. It's bad enough that the county sheriff Romeo R Ramirez ( county sheriff) has it for me, but now they want to violate my wife property civil rights as well and continue to violate my civil rights.


(A ) Where did the events giving rise in your claim(s) occur?

   My property on 220 Salinas Rd, San Diego, Texas. 78384

(B) What date and approximate time did the event(a) occur?

   October 6, 2025 "approximate 2:00 to 3:00 pm.

   October 20, 2024, ?????

(C) What are the facts underlying your claim(s)?

   For example: what happened to you?

I ended going to jail for seeking assistance from the sheriff's department while others commit the crimes on our property., just like did in November 14, 2021. " case still missing "

Who did what? Was anyone else involved?

Robert Wilson. Owner of adjourned property

Pegasus construction company destroyed three and possibly four mesquite trees and my land which was a site for a future house.

Who else saw what happened? My son and granddaughter.

The following Officer B Canales, officer Mr. Pedrassa, and Sargent L Wallek, one unidentified man sitting in his truck. Probably on Ruben Munoz, see enclosed documents. And Robert Wilson. Our 8 year old son and granddaughter.

Ruben Muñoz, one of the five owners of Pegasus construction the man sitting in the truck and the dozer operator due to the county sheriff's.

The Duval county sheriff's department not wanting to release any names even with my wife's and I attempts for open records act information filed on October 11, 2024 at 3:33 pm and January 24, 2025. According to the sheriff's department "That it's under investigation", how is that, i have already been charged for both incidents. Without this information, it deprives us the ability to seek legal remedy for the property damages claim, they are essentially denying us access to the legal system to protect our property rights

(4) Injuries

If you sustain injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did of did not receive

Mental anguish,

(5) Relief

State briefly what you want the Court to do for you. Make no legal argument. Don't cite any cases or statues. If requesting money damages, include the amount of any actual damages and / or punitive damages claim for the acts alleged. Explain the basis for this claim

2.5 million for all the trauma , mental anguish it has cause not only on me Robert Salinas going to jail every time we call for help, and my son has to witness this county officer actions, it is affecting him as well. Plus my wife has to endure our sons suffering due to me getting arrested for asking for help . Like back in November 14, 2021 when I called 911 due to Mr. Molina pulling a knife and gun on our property and I went to jail. Case still missing.

## Certified Of Service

Comes now plaintiff's Roberto J Salinas, Carol L Salinas, and state the following complaint against the following named defendants is made under the penalty of perjury is true and correct to the best of our knowledge. A true and correct copy will be provided to the defendants via us return receipt requested on this __10th__ , day of __February,__ 2025.

Respectfully submitted

*Robert J Salinas*

*Carol L Salinas*

PO Box 373

San Diego, Texas 78384

COPY

Duval County Sheriff's Office
RECEIVED

OCT 11 2024

Per 3:33pm

**Sargent L Wallek**

**Duval county Sheriff Department**

**San Diego Texas, 78384**

**Notice of filing a civil action against you Mr. L Wallek and the sheriff's department.**

**You sir did everything possible to avoid bringing charges against the dozer operator from Pegasus construction owned by Ruben Munoz, honorable Mr., Cantu, Jacob Cantu, and two more individuals, for the destruction of my property and the three trees. It's on video. Why did you do it? There was no easement. But you wouldn't listen to my husband and you let the criminal go. ( Why? ) You failed to protect and serve under 18 U.S.C.§ 242, This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.**

**Certificate of Service**

**I Carol Lyn Salinas swear under the penalty of perjury that the following notice of being suit and statement are true and correct. Hand delivered to the Duval sheriff department on this _11th_ , day of October, 2024.**

# Duval County Sheriff's Office

## Freedom Of Information Act

## Request Form

**Requestor Information**

Name: <u>Carol Lyn Salinas</u>

Address: <u>PO Box 373</u>

     <u>San Diego, Texas 78384</u>

<u>Telephone: 253-350-8980</u>

<u>Email address: carolsalinas328@gmail.com</u>

Duval County Sheriff's Office
RECEIVED
OCT 15 2024
Per 3:12PM

**Records Requested:**

- **Provide as such specific detail as possible so we can identify the information that you are seeking.**

I am in need of the incident report from each of the three officers that were present on a 911 call from my husband concerning the destruction of my property and my three trees. on October 6th, 2024. Supervisor, Sargent L Wallek, Mr. B Canales # 5802, report, and badge numbers.

A copy of the incident report of one officer Mr. (Pedrasa) that stood by Sargent L Wallek while Mr. Wallek refused to accept the charges and tell my husband a story about himself (Sargent L Wallek) being a farmer and rancher instead of taking the matter at the time seriously.. And badge number please.

Full name of the dozer operator employed by Pegasus construction that was questioned by most likely officer B. Canales badge number 5208. So that I may bring criminal charges against this individual. For criminal trespassing, destruction of my property.

# Duval County Sheriff's Office
# Freedom of Information Act
# Request Form

Duval County Sheriff's Office
RECEIVED

OCT 1 6 2024

REQUESTOR INFORMATION:

Name: Carol Salinas

Per _8:15 Am_

Address: P.O. Box 373
San Diego, TX 8384

Telephone: _____

Email address: _____

Records Requested:

*Provide as much specific detail as possible so we can identify the information that you are seeking.*

Any and all photos taken by officer Mr. Canales. as he alone did his investigation. on the damage area of my property

Date Requested: 10/16/24   Signature: Carol Salinas

Request Submitted By: _____ In Person

Is this request for a Commercial Purpose?  YES or NO
*(It is a violation of the Freedom of Information Act for a person to knowingly obtain a public record for a commercial purpose without disclosing that it is for a commercial purpose; 5 I LCS 140.3.1(c)).*

## OFFICE USE:

Due Date: _____   Extension Date and Reason: _____

Reason for not providing records: _____

_____

Copies of the following records were provided to the individual making the request: _____

_____

_____

_____

Officer and title: _____

Sargent L Wallek

Duval county sheriff's department,

401 E. Collins Ave

San Diego, Texas 88384

Dear Sargent L Wallek, and Duval county sheriff's department

This is our notice that a civil rights violation claim will be filed with the United States District court. Southern district of Texas, ,

We have requested a copy of the incident report concerning October 6th, 2024 issue concerning Pegasus construction on October 11th, 2024. And the incident report of October 20th, 2024 when Robert Salinas got arrested after his life was threatened by Robert Wilson. But nothing has been produced. You all continued to ignore and not supply under the freedom of information act. Mr. Salinas has been already charged for illegal restrain, but allowed Pegasus to go free after the destruction of our property. But this is our final request for the information requested on October 11th, 2024. A suit will be filed in the following days, promise. It's all on video

Respectfully

Robert J Salinas

1-24-2025

PO Box 373

San Diego, Texas 78384

Duval County Sheriff's Department
RECEIVED

JAN 2  2024







Table of contents;

    (1) Application of inability to pay cost,

    (2) 9 page original complaint

    (3) First notice to Sargent L Wallek and the sheriff's department

    (4) First notice for open records request

    (5) Second request for open records due to deny the first one
       " That it had to be one from the sheriff's department"

    (6) Second notice of being sued,

    (7) Copy of Sargent L WALLEK and officer Predassa, October 6th issue.
       A photo of Ruben Munoz, one of five owners of Pegasus construction

    (8) Four photos of the Pegasus trucks and damage to our property

    (9) A photo copy of our land survey showing property pins and easement road.

    (10)    Photo of officer Predassa on our property with our consent on October 20th, 2024 issue. Mr. Wilson in his truck. and my son.

    (11)    Sargent Walkek in our property without our consent doing his best to arrest me.

Duval County Sheriff's Office
RECEIVED
FEB 07 2025
Per

d States District Court

For the

hern District Of Texas

pus Christi Division

)        cause no _____

)

)

)      Jury: ( ✓ ) yes.  ( . ) No

)